## ORDER

PER CURIAM

AND NOW, this 22nd day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

Rita M. RICHARDS and Caroline J. Richards, Co–Executrices of the Estate of James G. Richards and Rita M. Richards, and Caroline J. Richards, Co–Executrices of the Estate of Helen Richards, Respondents

v.

AMERIPRISE FINANCIAL, INC., Ameriprise Financial Services, Inc., Riversource Life Insurance Company and Thomas A. Bouchard, Petitioners

Rita M. Richards and Caroline J. Richards, Co–Executrices of the Estate of James G. Richards and Rita M. Richards and Caroline J. Richards, Co–Executrices of the Estate of Helen Richards, Respondents

v.

Ameriprise Financial, Inc., Ameriprise Financial Services, Inc., Riversource Life Insurance Company and Thomas A. Bouchard, Petitioners

No. 104 WAL 2017
No. 105 WAL 2017

Supreme Court of Pennsylvania.

August 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

William C. WILLIAMS, Petitioner

No. 149 EAL 2017

Supreme Court of Pennsylvania.

August 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of August, 2017, the Petition for Allowance of Appeal and Request to Amend Petition for Allowance of Appeal are **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Danielle BALDWIN, Petitioner

No. 194 EAL 2017

Supreme Court of Pennsylvania.

August 22, 2017